1052

MARY JO MITTELSTAEDT, *as Guardian, Appellant,*
v. SAFECO INSURANCE COMPANY OF
AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 79-2-06927-2, Lloyd W. Bever, J., entered June 5, 1980. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by James, C.J., and Corbett, J.

THE STATE OF WASHINGTON, *Respondent,* v. NOEL
POLSTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-00073-2, Barbara Durham, J., entered December 27, 1979. *Affirmed* by unpublished opinion per Petrie, A.C.J., concurred in by Pearson, J., and Johnson, J. Pro Tem.